| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MICHAEL D. MEADOWS ESQ, Bar #62110<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>2121 N. CALIFORNIA BLVD, STE 1020<br>Walnut Creek, CA 94596<br>Telephone No: 925-947-1147    FAX No: 925-947-1131 | |
| Attorney for: Plaintiff | Ref. No or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States County Bankruptcy Court Northern District Branch

Plaintiff: TORRICO
Defendant: CITY AND COUNTY OF SAN FRANCISCO

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>JCSC073624 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; DECLARATION OF BONNIE JEAN TORRICO; DECLARATION OF BONNIE JEAN TORRICO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:      Tue., Jul. 31, 2007
   b. Place of Mailing:     Walnut Creek, CA 94595
   c. Addressed as follows: VICTOR WYRSCH
                            1415 EVANS AVE.
                            SAN FRANCISCO, CA 94124

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 31, 2007 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. REBECCA MOORE                                         d. *The Fee* for Service was:  $130.00
   b. One Hour Delivery Service                             e. I am: (3) registered California process server
      1280 Boulevard Way #205                                   (i)   Employee
      Walnut Creek, CA 94595                                    (ii)  Registration No.:  641
   c. .925-947-1100, FAX 925-947-3480                           (iii) County:            Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jul. 31, 2007                                                        (REBECCA MOORE)

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                                              caspmm.7455

OAO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]    DATE 07/27/07 1:00PM
SEE ATTACHED LIST

NAME OF SERVER *(PRINT)* RAYMOND A. DUKE, SAN FRANCISCO/#953    TITLE    REGISTERED CALIFORNIA PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:    BY SERVING VICTOR WYRSCH, BY LEAVING WITH ERIKA LOCKHART, FIREFIGHTER AT 1415 EVANS AVE., SAN FRANCISCO, CA 94124

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL    SERVICES $130.00    TOTAL $130.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    Date 8/6/07    Signature of Server *[signature]*

Address of Server    ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; DECLARATION OF BONNIE JEAN TORRICO; DECLARATION OF BONNIE JEAN TORRICO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT.