1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | BLAKE LOEBS, State Bar # 145790
ELLEN SHAPIRO, State Bar # 127847
4 | KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorneys
5 | Fox Plaza
1390 Market Street, Sixth Floor
6 | San Francisco, California 94102-5408
Telephone:    (415) 554-3861
7 | Facsimile:    (415) 554-3837

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
9 | VICTOR WYRSCH and JOANNE HAYES-WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS TORRICO *deceased*, BONNIE JEAN TORRICO *individually and as successor in interest to the Estate Of Nicholas Torrico* and CARLOS TORRICO, *individually and as successor in interest to the* ESTATE OF NICHOLAS TORRICO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH and JOANNE HAYES-WHITE i*n her official capacity as Chief of the San Francisco Fire Department*, and DOES 1 through 20,<br><br>Defendants. | Case No. 07-CV-03624-JCS<br><br>**CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned parties hereby consent to have United States Magistrate Judge Joseph Spero conduct any and all further proceedings in the case, including trial, and order the entry of final judgment, and voluntarily waive the right to proceed before a United States District Judge.

Dated: August 31, 2007

>
> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Attorney
> BLAKE LOEBS
> ELLEN SHAPIRO
> KIMBERLY A. BLISS
> Deputy City Attorneys
>
> By: _____/s/_____
> KIMBERLY A. BLISS
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> VICTOR WYRSCH and JOANNE HAYES-WHITE