1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE LOEBS, State Bar # 145790
   KIMBERLY A. BLISS, State Bar #207857
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3861
   Facsimile:     (415) 554-3837
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   VICTOR WYRSCH and JOANNE HAYES-WHITE
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTATE OF NICHOLAS TORRICO *deceased*, BONNIE JEAN TORRICO *individually and as successor in interest to the Estate Of Nicholas Torrico* and CARLOS TORRICO, *individually and as successor in interest to the* ESTATE OF NICHOLAS TORRICO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH and JOANNE HAYES-WHITE i*n her official capacity as Chief of the San Francisco Fire Department*, and DOES 1 through 20,<br><br>Defendants. | Case No. 07-CV-03624-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:    October 19, 2007<br>Hearing Judge:  Hon. Spero<br>Time:                  1:30 p.m. |
|---|---|

The case management conference in this case is currently scheduled for Friday, October 19, 2007 at 1:30 p.m.

The parties request a continuance of the case management conference to Friday, November 16, 2007 at 1:30 p.m. There is good cause for such a continuance because counsel for both parties have conflicts with the October 19, 2007 date. In fact, lead trial counsel for the Defendants, Blake Loebs, will be out of the country on vacation from October 12-20, 2007.

1     Additionally, the parties need additional time to meet and confer, make initial disclosures
2 and prepare a Joint Case Management Conference Statement. There is good cause for the
3 continuance of these deadlines. Mr. Loebs just finished a six-and-a-half week trial in federal court
4 (*Boyd v. CCSF*, U.S.D.C. No. 04-5459 MMC [JCS]), and will be out of the office October 12-20,
5 2007. Additionally, Plaintiff's counsel will be out of the office for several days over the next two
6 weeks, making the drafting, editing and filing of the joint case management conference statement
7 more difficult.
8     Accordingly, the parties request the District Court to continue the case management
9 conference to November 16, 2007 at 1:30 p.m. Pursuant to Rule 26, and this Court's standing order,
10 the parties agree to exchange initial disclosures and file a Joint Case Management Conference
11 Statement on or before November 9, 2007.
12     SO STIPULATED:
13 DATED: October 2, 2007

                         DENNIS J. HERRERA
                         City Attorney
                         JOANNE HOEPER
                         Chief Trial Deputy

                         By: /s/ Kimberly A. Bliss
                         KIMBERLY A. BLISS
                         Deputy City Attorney
                         Attorneys for Defendants

Dated: October 2, 2007

                         CASPER, MEADOWS, SCHWARTZ & COOK


                         By: /s/ Michael D. Meadows
                         MICHEAL D. MEADOWS
                         Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT:

The case management conference in this case is continued to November 16, 2007 at 1:30 p.m.

The parties shall file their Joint Case Management Conference Statement on or before Friday, November 9, 2007.

DATED:   October 3, 2007



_____
HONORABLE UNITED STATES MAGISTRATE JUDGE