# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Estate of Nicholas Torrico,<br><br>            Plaintiff(s),<br><br>   v.<br><br>City and County of San Francisco,<br><br>            Defendant(s). | 07-03624 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

      The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Eric Ivary**
> 1999 Harrison St., Suite 1600
> Oakland, CA 94612
> 415-776-7292
> eric@ericivarymediations.com

      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03624 JCS MED                   - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

Dated: October 9, 2007

                RICHARD W. WIEKING
                Clerk
                by:     Alice M. Fiel

                ADR Case Administrator
                415-522-3148
                Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03624 JCS MED                - 2 -