# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-03624 JCS**

**CASE NAME: ESTATE OF NICHOLAS TORRICO v.  CCSF, ET AL.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**          **COURTROOM DEPUTY**:  Karen Hom

**DATE**: November 16, 2007          **TIME: 13 mins**          **COURT REPORTER**: Not Recorded

**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**
Michael D. Meadows                             Blake Loebs & Kimberly Bliss

---

**PROCEEDINGS:**                                  **RULING:**

1. Case Management Conference                    Held.

_____

**ORDERED AFTER HEARING:**

Parties may take up to ten depositions of the people who were at the scene and who witnessed the event (eye witnesses or witnesses who heard the communications) may be deposed before the Mediation.

Parties shall negotiate a stipulated protective order within two weeks.  Dft shall produce the un-redacted police report to Plaintiff within two weeks after the Court has signed the protective order.
_____

**ORDER TO BE PREPARED BY:**          () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   04/18/08 at 1:30 p.m., for a further case mgmt conference.
_____

| Number of Depos: | Number of Experts: | Discovery Cutoff: 05/02/08 |
|---|---|---|
| Expert Disclosure: 06/06/08 | Expert Rebuttal: 07/11/08 | Expert Discovery Cutoff: 08/08/08 |
| Motions Hearing: 09/05/08 at 9:30 a.m. | | Pretrial Conference: 01/06/09 at 1:30 p.m. |

**Trial Date:**   02/02/09 at 8:30 a.m.  (X)Jury     ()Court    Set for 16 days
_____

**cc:**       Chambers; Karen
* (T) = Telephonic Appearance