counsel may also be subject to additional sanctions or remedial measures, such as contempt, evidentiary or terminating sanctions.

IT IS SO STIPULATED.

Dated: December 11, 2007

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Attorney
          BLAKE P. LOEBS
          KIMBERLY A. BLISS
          Deputy City Attorney

By: _____
     BLAKE P. LOEBS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SAN FRANCISCO FIRE CHIEF JOANNE HAYES-WHITE (IN HER OFFICIAL CAPACITY ONLY) AND VICTOR WYRSCH

Dated: November 29, 2007

CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
     MICHAEL D. MEADOWS
     Attorneys for Plaintiff

Pursuant to General Order 45, the electronic signatory of this documents attests that this individual concurs in his electronic signature of this document. The actual signature page is on file.

**ORDER**

BASED ON THE ABOVE ENTERED STIPULATION, IT IS SO ORDERED

Dated: _____
     THE HONORABLE JOSEPH C. SPERO
     UNITED STATES DISTRICT JUDGE

1  counsel may also be subject to additional sanctions or remedial measures, such as contempt,
2  evidentiary or terminating sanctions.
3  IT IS SO STIPULATED.
4
5  Dated:
6
7                                    DENNIS J. HERRERA
                                     City Attorney
8                                    JOANNE HOEPER
                                     Chief Trial Attorney
9                                    BLAKE P. LOEBS
                                     KIMBERLY A. BLISS
10                                   Deputy City Attorney
11
                                     By:_____
12                                       BLAKE P. LOEBS
13
                                     Attorneys for Defendants
14                                   CITY AND COUNTY OF SAN FRANCISCO
                                     SAN FRANCISCO FIRE CHIEF JOANNE HAYES-
15                                   WHITE (IN HER OFFICIAL CAPACITY ONLY)
                                     AND VICTOR WYRSCH
16  Dated: November 29, 2007
17
                                     CASPER, MEADOWS, SCHWARTZ & COOK
18
19
                                     By:_____
20                                       MICHAEL D. MEADOWS
                                         Attorneys for Plaintiff
21
22  Pursuant to General Order 45, the electronic signatory of this documents attests that this individual
    concurs in his electronic signature of this document. The actual signature page is on file.
23
24                                   **ORDER**
25  BASED ON THE ABOVE ENTERED STIPULATION, IT IS SO ORDERED
26
27  Dated:
28                                   _____
                                     THE HONORABLE JOSEPH C. SPERO
                                     UNITED STATES DISTRICT JUDGE

STIPULATED PROTECTIVE ORDER
Case No. 07-CV-03624-JCS                    5                    n:\lit\li2007\070567\00452157.doc