1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   KIMBERLY A. BLISS, State Bar #207857
4  Deputy City Attorney
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  VICTOR WYRSCH AND JOANNE HAYES-WHITE

9  MICHAEL D. MEADOWS, State Bar #62110
   ANDREW C. SCHWARTZ, State Bar #64578
10 CASPER, MEADOWS, SCHWARTZ & COOK
   A Professional Corporation
11 California Plaza
   2121 North California Blvd., Suite 1020
12 Walnut Creek, California 94596
   Telephone:    (925) 947-1147
13 Facsimile:    (925) 947-1131

14 Attorneys for Plaintiffs ESTATE OF NICHOLAS
   TORRICO, BONNIE JEAN TORRICO AND
15 CARLOS TORRICO

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 ESTATE OF NICHOLAS TORRICO            | Case No. 07-CV-03624-JCS
   deceased, BONNIE JEAN TORRICO         |
19 individually and as successor in interest to | **JOINT STIPULATION RE**
   the Estate Of Nicholas Torrico and    | **CONTINUANCE OF DISCOVERY,**
20 CARLOS TORRICO, individually and as   | **PRETRIAL AND TRIAL DATES**
   successor in interest to the ESTATE OF | **(REVISED AT COURT'S REQUEST);**
21 NICHOLAS TORRICO,                     | **[PROPOSED] ORDER**

22           Plaintiffs,                 | Trial Date:         Feb. 2, 2009

23       vs.

24 CITY AND COUNTY OF SAN
   FRANCISCO, VICTOR WYRSCH and
25 JOANNE HAYES-WHITE in her official
   capacity as Chief of the San Francisco
26 Fire Department, and DOES 1 through 20,

27           Defendants.

28

Joint Stipulation and Order                 1                    n:\lit\li2008\070567\00476077.doc
USDC Case No. 07-CV-03624-JCS

The parties submit this revised Joint Stipulation and [Proposed] Order seeking a continuance of the discovery and pretrial dates per the Court's request. Despite diligently pursuing discovery to date, the parties need additional time to complete discovery. The continuance of the discovery cut-off date will also necessitate a continuance of the other pretrial and trial dates, as further described below.

**GOOD CAUSE**

The parties have diligently pursued discovery to date. The parties have exchanged initial disclosures, written discovery (including interrogatories and document requests), subpoenaed third-party records, and taken the depositions of six key parties and witnesses in anticipation of the upcoming mediation, set for April 10, 2008. (The parties are not asking to continue the mediation or the Further Case Management Conference, scheduled for April 19, 2008.) The parties have also scheduled depositions of eight additional City employees, family members and third-party witnesses after the mediation date of April 10, 2008. More specifically, the parties are set to take depositions of parties and witnesses on April 14, 18, 21, 23, 24, 25 and 29, 2008. In addition to the scheduled depositions, each party anticipates taking a number of additional party and third-party witness depositions before the discovery cut-off. Given the already crowded deposition schedule, and other calendar conflicts of counsel and witnesses (including vacations and scheduled trials), the parties need additional time to schedule the depositions, serve additional third-party witnesses with deposition subpoenas and complete the depositions.

The parties have met and conferred and agreed that based on their calendars, a two month continuance of the discovery deadline should ensure the parties' ability to complete discovery. The parties also request a continuance of the associated pretrial and trial dates. First, a two-month continuance of the discovery cut-off necessarily requires a continuation of the expert discovery deadlines and dispositive motion deadlines. Second, the parties anticipate that defendants will file a summary judgment motion. Accordingly, the parties request a continuance of the pretrial and trial dates, because the parties: 1) want to ensure the Court has adequate time to consider and rule on the summary judgment motion before the parties and/or the Court expend considerable time and

1  resources on the pretrial filings; and 2) respectfully desire a continuance of the December 24, 2008
2  pretrial filing deadline so as not to interfere with their holiday plans and vacations.
3        The parties submit this stipulation and proposed order now, instead of waiting for the Further
4  Case Management Conference on April 18, 2008.  If the Court signs this the attached [Proposed]
5  Order, the parties can continue to actively serve subpoenas, discovery requests, and schedule
6  depositions.  Without a signed order, however, the approaching discovery cut-off date would preclude
7  the further serving and scheduling of discovery until after the April 18, 2008 Further Case
8  Management Conference (assuming the Court were to grant a continuance at that time).

## STIPULATION

10        The parties agree that there is good cause to continue the pretrial and trial dates in this matter.
11  Accordingly, the parties stipulate to, and hereby request a continuance of the pretrial and trial dates in
12  this matter as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Close of non-expert discovery | 5/2/08 | 7/3/08 |
| Expert disclosures due | 6/6/08 | 8/8/08 |
| Expert rebuttal disclosures due | 7/1//08 | 9/12/08 |
| Last day to file dispositive motions | 8/1/08 | 10/3/08 |
| Expert discovery cut-off | 8/8/08 | 10/10/08 |
| Last day to file oppositions to dispositive motions | 8/15/08 | 10/17/08 |
| Last day to file reply on dispositive motions | 8/22/08 | 10/24/08 |
| Last day to hear dispositive motions | 9/5/08 | 11/7/08 |
| Pretrial filings (as specified in Court's pretrial order) | 12/24/08 | 1/28/09 |
| Serve oppositions to Motions in Limine | 1/6/09 | 2/10/09 |
| Last day to file objections to exhibits | 1/6/09 | 2/10/09 |
| Submit order for admission of equipment to courthouse | 1/10/09 | 2/13/09 |
| File motions in limine and oppositions with Court | 1/9/09 | 2/13/09 |
| Final Pretrial Conference, 1:30 p.m. | 1/16/09 | 2/20/09 |

| | | |
|---|---|---|
| Last day to make arrangements for daily transcript, etc. | 1/23/09 | 2/20/09 |
| TRIAL (8:30-1:30 M-Th) | 2/2/09 | 3/2/09 |

**IT IS SO STIPULATED:**

Dated: April 2, 2008

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Attorney
          BLAKE P. LOEBS
          KIMBERLY A. BLISS
          Deputy City Attorneys

          By:___/s/ Kimberly A. Bliss_____
          KIMBERLY A. BLISS

          Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH AND JOANNE HAYES-WHITE

Dated: April 2, 2008

          CASPER, MEADOWS, SCHWARTZ & COOK

          By:___/s/ Michael D. Meadows_____
          MICHAEL D. MEADOWS

          Attorneys for Plaintiffs ESTATE OF NICHOLAS TORRICO, BONNIE JEAN TORRICO AND CARLOS TORRICO

          Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

# [PROPOSED] ORDER

Based on the Stipulation of the parties and good cause appearing therefore, the pretrial and trial dates in this matter are continued as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Close of non-expert discovery | 5/2/08 | 7/3/08 |
| Expert disclosures due | 6/6/08 | 8/8/08 |
| Expert rebuttal disclosures due | 7/1//08 | 9/12/08 |
| Last day to file dispositive motions | 8/1/08 | 10/3/08 |
| Expert discovery cut-off | 8/8/08 | 10/10/08 |
| Last day to file oppositions to dispositive motions | 8/15/08 | 10/17/08 |
| Last day to file reply on dispositive motions | 8/22/08 | 10/24/08 |
| Last day to hear dispositive motions | 9/5/08 | 11/7/08 |
| Pretrial filings (as specified in Court's pretrial order) | 12/24/08 | 1/28/09 |
| Serve oppositions to Motions in Limine | 1/6/09 | 2/10/09 |
| Last day to file objections to exhibits | 1/6/09 | 2/10/09 |
| Submit order for admission of equipment to courthouse | 1/10/09 | 2/13/09 |
| File motions in limine and oppositions with Court | 1/9/09 | 2/13/09 |
| Final Pretrial Conference, 1:30 p.m. | 1/16/09 | 2/20/09 |
| Last day to make arrangements for daily transcript, etc. | 1/23/09 | 2/20/09 |
| TRIAL (8:30-1:30 M-Th) | 2/2/09 | 3/2/09 |

**IT IS SO ORDERED.**

Dated:

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge