DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE LOEBS, State Bar # 145790
Chief of Civil Rights Litigation
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3861
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
VICTOR WYRSCH and JOANNE HAYES-WHITE


MICHAEL DENNIS MEADOWS, ESQ.
ANDREW CHARLES SCHWARTZ, ESQ.
Casper Meadows Schwartz & Cook
California Plaza
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596
Telephone:    (925) 947-1147
Facsimile:     (925) 947-1131

Attorneys for Plaintiffs
ESTATE OF NICHOLAS TORRICO,
BONNIE JEAN TORRICO and CARLOS TORRICO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS TORRICO *deceased*, BONNIE JEAN TORRICO *individually and as successor in interest to the Estate Of Nicholas Torrico* and CARLOS TORRICO, *individually and as successor in interest to the* ESTATE OF NICHOLAS TORRICO, <br><br>          Plaintiffs, <br><br>     vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH and JOANNE HAYES-WHITE i*n her official capacity as Chief of the San Francisco Fire Department*, and DOES 1 through 20, <br><br>          Defendants. | Case No. 07-CV-03624-JCS <br><br> **JOINT FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Hearing Date:    April 18, 2008 <br> Time:               1:30 p.m. <br> Before:             Judge Spero <br><br> Trial Date:       None set |

Pursuant to this Court's Case Management and Pretrial Order, dated November 20, 2007, the parties submit the following Joint Updated Case Management Statement in advance of the April 18, 2008 Further Case Management Conference.

1. **Mediation:** The parties participated in a mediation before Court-appointed mediator Eric Ivary on Thursday, April 10, 2008. The case did not settle at the mediation, but the parties are continuing to work with the mediator.

2. **Status of Discovery:**

**Written Discovery:** The parties have completed an initial round of written discovery. The defendants recently served additional written discovery requests. Additionally, the defendants issued several third party subpoenas for Mr. Torrico's medical records, and other records related to the case. Defendants have received some, but not all, of the subpoenaed records.

**Depositions:** The parties have taken a number of depositions, including Mr. Torrico's parents (the Plaintiffs), two sisters (Cynthia and Christina), Father Anthony Turney and a third party witness, Carolyn Leong. Additionally, the parties have at least nine depositions currently scheduled during the month of April and early May, including the continuation of the father's deposition, one of the sisters (Cecelia), Sgt. Catanzaro (SFPD at scene), Deputy Chief Kochevar (SFPD), Lt. Guzman (SFFD at scene), Deputy Chief Chinn (SFFD), and three third party witnesses. The parties anticipate scheduling additional depositions during the months of May and June. The non-expert discovery cut-off is July 3, 2008.

3. **Current Case Deadlines:**

Pursuant to Stipulation and Order entered April 3, 2008, the current case deadlines are as follows:

| Deadline | New Date |
| --- | --- |
| Close of non-expert discovery | 7/3/08 |
| Expert disclosures due | 8/8/08 |
| Expert rebuttal disclosures due | 9/12/08 |

| | |
|---|---|
| Last day to file dispositive motions | 10/3/08 |
| Expert discovery cut-off | 10/10/08 |
| Last day to file oppositions to dispositive motions | 10/17/08 |
| Last day to file reply on dispositive motions | 10/24/08 |
| Last day to hear dispositive motions | 11/7/08 |
| Pretrial filings (as specified in Court's pretrial order) | 1/28/09 |
| Serve oppositions to Motions in Limine | 2/10/09 |
| Last day to file objections to exhibits | 2/10/09 |
| Submit order for admission of equipment to courthouse | 2/13/09 |
| File motions in limine and oppositions with Court | 2/13/09 |
| Final Pretrial Conference, 1:30 p.m. | 2/20/09 |
| Last day to make arrangements for daily transcript, etc. | 2/20/09 |
| TRIAL (8:30-1:30 M-Th) | 3/2/09 |

**4.   Motions:**

At this point, defendants still anticipate filing a motion for summary judgment or summary adjudication.

Dated:  April 11, 2008              DENNIS J. HERRERA
                                    City Attorney
                                    JOANNE HOEPER
                                    Chief Trial Attorney
                                    BLAKE P. LOEBS
                                    Chief of Civil Rights Litigation
                                    KIMBERLY A. BLISS
                                    Deputy City Attorney

                               By:  s/Kimberly A. Bliss
                                    KIMBERLY A. BLISS
                                    Attorneys for Defendants

Dated:  April 11, 2008              CASPER, MEADOWS, SCHWARTZ & COOK

                               By:  s/Michael D. Meadows
                                    MICHAEL D. MEADOWS

                                    Attorneys for Plaintiffs

Updated Joint Case Management Conference          3              n:\lit\li2008\070567\00477916.doc
Case No. 07-CV-03624-JCS