# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Estate of Nicholas Torrico, | No. C 07-03624 JCS MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| City and County of San Francisco, | |
| Defendant(s). | |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __4-10-08__

2. Did the case settle?    ☐ fully    ☐ partially    ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☑ phone discussions expected by (date) __4-17-08__

   ☐ no   Further Discussion - Mediator's number

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☐ NO

Dated: __4-10-08__          _____
                            **Mediator, Eric Ivary**
                            1999 Harrison St., Suite 1600
                            Oakland, CA 94612

**Certification of ADR Session**
07-03624 JCS MED