Michael D. Meadows (State Bar No. 62110)
Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ESTATE OF NICHOLAS TORRICO, deceased, BONNIE JEAN TORRICO, individually and as successor in interest to the ESTATE OF NICHOLAS TORRICO, CARLOS TORRICO, individually and as successor in interest to the ESTATE OF NICHOLAS TORRICO,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH, JOANNE HAYES-WHITE, in her official capacity as Chief of the San Francisco Fire Department, and DOES 1 through 20,<br>            Defendants. | **CASE NO. 07-CV-03624-JCS**<br><br>**STIPULATION AND PROPOSED ORDER TO SCHEDULE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT** |

The parties hereby stipulate to having a case management conference on September 15, 2008, to allow the City and County of San Francisco to seek the approval by appropriate personnel and agencies of the tentative settlement. Once the approvals are obtained, the settlement will be concluded.

Dated:  May 22, 2008                                  */s/ - "Michael D. Meadows"*
                                                                    Michael D. Meadows
                                                                    **CASPER, MEADOWS, SCHWARTZ & COOK**
                                                                    Attorneys for Plaintiffs

---

*Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                                                                    Page 1

Dated: May 22, 2008                    /s/ - "Blake Loebs"
                                       Blake Loebs
                                       Kimberly bliss
                                       **OFFICE OF THE CITY ATTORNEY**
                                       Attorneys for Defendants

    IT IS SO ORDERED that a case management conference has been scheduled for September 15, 2008.

DATED:_____

                                            HONORABLE JOSEPH C. SPERO
                                            UNITED STATES MAGISTRATE JUDGE

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                                       Page 2