1  Michael D. Meadows (State Bar No. 62110)
   Andrew C. Schwartz (State Bar No. 64578)
2  **CASPER, MEADOWS, SCHWARTZ & COOK**
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California 94596
   Telephone:  (925) 947-1147
5  Facsimile:  (925) 947-1131

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ESTATE OF NICHOLAS TORRICO, deceased, BONNIE JEAN TORRICO, individually and as successor in interest to the ESTATE OF NICHOLAS TORRICO, CARLOS TORRICO, individually and as successor in interest to the ESTATE OF NICHOLAS TORRICO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH, JOANNE HAYES-WHITE, in her official capacity as Chief of the San Francisco Fire Department, and DOES 1 through 20,<br><br>Defendants. | **CASE NO. 07-CV-03624-JCS**<br><br>**REVISED STIPULATION AND PROPOSED ORDER TO SCHEDULE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT** |

The parties to this action hereby stipulate to the scheduling of a further Case Management Conference for September 15, 2008, to allow the City and County to obtain the approvals, from various agencies, necessary to conclude the settlement which has been reached.

Dated: May 22, 2008                     /s/ - "Michael D. Meadows"
                                        Michael D. Meadows
                                        **CASPER, MEADOWS, SCHWARTZ & COOK**
                                        Attorneys for Plaintiffs

Dated:  May 22, 2008                             /s/ - "Blake Loebs"
                                                 Blake Loebs
                                                 Kimberly bliss
                                                 **OFFICE OF THE CITY ATTORNEY**
                                                 Attorneys for Defendants

    IT IS SO ORDERED that a case management conference has been scheduled for September 15, 2008.

DATED:_____              _____
                                       HONORABLE JOSEPH C. SPERO
                                       UNITED STATES MAGISTRATE JUDGE

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Revised Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                                            Page 2