1  Michael D. Meadows (State Bar No. 62110)
Andrew C. Schwartz (State Bar No. 64578)
2  **CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
3  California Plaza
2121 North California Blvd., Suite 1020
4  Walnut Creek, California  94596
Telephone:    (925) 947-1147
5  Facsimile:    (925) 947-1131

6  Attorneys for Plaintiff

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11

12  ESTATE OF NICHOLAS TORRICO,
deceased, BONNIE JEAN TORRICO,
individually and as successor in interest to the
13  ESTATE OF NICHOLAS TORRICO,
CARLOS TORRICO, individually and as
14  successor in interest to the ESTATE OF
NICHOLAS TORRICO,

15

Plaintiffs,
16

vs.
17

18  CITY AND COUNTY OF SAN FRANCISCO,
VICTOR WYRSCH, JOANNE HAYES-
19  WHITE, in her official capacity as Chief of the
San Francisco Fire Department, and DOES 1
20  through 20,
Defendants.

21

| | |
|---|---|
| | **CASE NO. 07-CV-03624-JCS** |
| | **STIPULATION AND ~~PROPOSED~~ ORDER TO SCHEDULE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT** |

22      The parties hereby stipulate to having a case management conference on September

23  15, 2008, to allow the City and County of San Francisco to seek the approval by appropriate

24  personnel and agencies of the tentative settlement.  Once the approvals are obtained, the

25  settlement will be concluded.

26  Dated:  May 22, 2008                    _/s/ - "Michael D. Meadows"_____
Michael D. Meadows
27                                  **CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiffs
28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Stipulation and ~~Proposed~~ Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                                        Page 1

1

2

Dated:  May 22, 2008                                    /s/ - "Blake Loebs"

3                                                        Blake Loebs
                                                         Kimberly bliss
4                                                        **OFFICE OF THE CITY ATTORNEY**
                                                         Attorneys for Defendants

5

6

        IT IS SO ORDERED that a case management conference has been scheduled for
7                 12
September 15, 2008.

8

9

DATED:  May 22, 2008

10      HONOR~~~~~~~~~~~SPERO
        UNITED~~~~~~~~~ATE JUDGE

11

12

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Stipulation and ~~Proposed~~ Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                              Page 2