1  Michael D. Meadows (State Bar No. 62110)
   Andrew C. Schwartz (State Bar No. 64578)
2  **CASPER, MEADOWS, SCHWARTZ & COOK**
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California  94596
   Telephone:    (925) 947-1147
5  Facsimile:    (925) 947-1131

6  Attorneys for Plaintiff

7

8

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

11

12  ESTATE OF NICHOLAS TORRICO,          **CASE NO. 07-CV-03624-JCS**
    deceased, BONNIE JEAN TORRICO,
13  individually and as successor in interest to the   **STIPULATION AND PROPOSED ORDER**
    ESTATE OF NICHOLAS TORRICO,          **TO RESCHEDULE CASE MANAGEMENT**
14  CARLOS TORRICO, individually and as   **CONFERENCE PENDING SETTLEMENT**
    successor in interest to the ESTATE OF
15  NICHOLAS TORRICO,

16                    Plaintiffs,

17        vs.

18  CITY AND COUNTY OF SAN FRANCISCO,
    VICTOR WYRSCH, JOANNE HAYES-
19  WHITE, in her official capacity as Chief of the
    San Francisco Fire Department, and DOES 1
20  through 20,
                      Defendants.
21

22        The parties to this action hereby stipulate to reschedule the Case Management

23  Conference currently scheduled for September 12, 2008 to October 10, 2008.

24

25  Dated:  August 27, 2008                    /s/ - "Michael D. Meadows"
                                          Michael D. Meadows
26                                        **CASPER, MEADOWS, SCHWARTZ & COOK**
                                          Attorneys for Plaintiffs
27

28

**CASPER, MEADOWS,**
**SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                    Page 1

1    Dated: August 27, 2008                    _____/s/ - "Blake Loebs"_____
                                                Blake Loebs
2                                               Kimberly bliss
                                                **OFFICE OF THE CITY ATTORNEY**
3                                               Attorneys for Defendants

4

5         IT IS SO ORDERED that a case management conference has been scheduled for

6    October 10, 2008.

7

8    DATED:_____          _____
                                              HONORABLE JOSEPH C. SPERO
9                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASPER, MEADOWS,
SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

_____
*Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                    Page 2