Michael D. Meadows (State Bar No. 62110)
Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ESTATE OF NICHOLAS TORRICO, deceased, BONNIE JEAN TORRICO, individually and as successor in interest to the ESTATE OF NICHOLAS TORRICO, CARLOS TORRICO, individually and as successor in interest to the ESTATE OF NICHOLAS TORRICO, <br><br>            Plaintiffs, <br><br>       vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH, JOANNE HAYES-WHITE, in her official capacity as Chief of the San Francisco Fire Department, and DOES 1 through 20, <br><br>            Defendants. | CASE NO. 07-CV-03624-JCS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT |

The parties to this action hereby stipulate to reschedule the Case Management Conference currently scheduled for September 12, 2008 to October 10, 2008.

Dated:  August 27, 2008                           /s/ - "Michael D. Meadows"
                                                   Michael D. Meadows
                                                   **CASPER, MEADOWS, SCHWARTZ & COOK**
                                                   Attorneys for Plaintiffs

---

*Stipulation and ~~Proposed~~ Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                                                                 Page 1

Dated: August 27, 2008                    /s/ - "Blake Loebs"
                                          Blake Loebs
                                          Kimberly bliss
                                          **OFFICE OF THE CITY ATTORNEY**
                                          Attorneys for Defendants


   IT IS SO ORDERED that a case management conference has been scheduled for October 10, 2008.


DATED: __August. 27, 2008__          _____
                                     HONORABLE JOSEPH C. SPERO
                                     UNITED STATES MAGISTRATE JUDGE

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                    Page 2