1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar  #114961
   Chief Trial Deputy
3  BLAKE LOEBS, State Bar # 145790
   Chief of Civil Rights Litigation
4  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, Sixth Floor
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-3861
7  Facsimile:     (415) 554-3837

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  VICTOR WYRSCH and JOANNE HAYES-WHITE

10

11  MICHAEL DENNIS MEADOWS, ESQ.
    ANDREW CHARLES SCHWARTZ, ESQ.
    Casper Meadows Schwartz & Cook
12  California Plaza
    2121 North California Boulevard
13  Suite 1020
    Walnut Creek, CA 94596
14  Telephone:     (925) 947-1147
    Facsimile:     (925) 947-1131

15

    Attorneys for Plaintiffs
16  ESTATE OF NICHOLAS TORRICO,
    BONNIE JEAN TORRICO and CARLOS TORRICO

17

18                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

19  ESTATE OF NICHOLAS TORRICO            Case No. 07-CV-03624-JCS
    *deceased*, BONNIE JEAN TORRICO
20  *individually and as successor in interest to*    **STIPULATION AND** ~~PROPOSED~~
    *the Estate Of Nicholas Torrico* and     **ORDER TO CONTINUE CASE**
21  CARLOS TORRICO, *individually and as*    **MANAGEMENT CONFERENCE**
    *successor in interest to the* ESTATE OF
22  NICHOLAS TORRICO,                       Hearing Date:      October 10, 2008
                                            Time:              1:30 p.m.
23                  Plaintiffs,             Before:            Judge Spero

24            vs.                           Trial Date:        None set

25  CITY AND COUNTY OF SAN
    FRANCISCO, VICTOR WYRSCH and
26  JOANNE HAYES-WHITE i*n her official*
    *capacity as Chief of the San Francisco*
27  *Fire Department*, and DOES 1 through 20,

28                  Defendants.

Stipulation and Proposed Order re CMC                    n:\lit\li2008\070567\00513273.doc
Case No. 07-CV-03624-JCS                         1

1    The parties are set for a Case Management Conference on Friday, October 10, 2008 at 1:30

2    p.m.  The City is still in the process of obtaining approval of the parties' tentative settlement.

3    Accordingly, the parties request that the Case Management Conference be continued to Friday,

4    November 21, 2008 at 1:30 p.m.

5    Dated:  October 3, 2008                          DENNIS J. HERRERA
                                                       City Attorney
6                                                      JOANNE HOEPER
                                                       Chief Trial Attorney
7                                                      BLAKE P. LOEBS
                                                       Chief of Civil Rights Litigation
8                                                      KIMBERLY A. BLISS
                                                       Deputy City Attorney
9

10                                                 By:  s/Kimberly A. Bliss
                                                       KIMBERLY A. BLISS
11                                                     Attorneys for Defendants

12
     Dated:  October 3, 2008                          CASPER, MEADOWS, SCHWARTZ & COOK
13
                                                   By:  s/Michael D. Meadows
14                                                     MICHAEL D. MEADOWS

15                                                     Attorneys for Plaintiffs

16

17                                        **ORDER**

18       The Case Management Conference currently set for October 10, 2008 at 1:30 p.m. is

19    continued to November 21, 2008 at 1:30 p.m.

20       IT IS SO ORDERED.

21

22    Dated:    October 6, 2008

23
                                                   IT IS SO ORDERED
24                                                 Judge Joseph C. Spero
                                                   _____
                                                   HONOR_____
25                                                 UNITED STATES MAGISTRATE JUDGE

26

27

28