1   Michael D. Meadows (State Bar No. 62110)
    Andrew C. Schwartz (State Bar No. 64578)
2   **CASPER, MEADOWS, SCHWARTZ & COOK**
    A Professional Corporation
3   California Plaza
    2121 North California Blvd., Suite 1020
4   Walnut Creek, California 94596
    Telephone:    (925) 947-1147
5   Facsimile:    (925) 947-1131

6   Attorneys for Plaintiff

7

8

9                   UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

11

12  | ESTATE OF NICHOLAS TORRICO, | CASE NO. 07-CV-03624-JCS |
    deceased, BONNIE JEAN TORRICO,
13  individually and as successor in interest to the       **STIPULATION AND ~~PROPOSED~~ ORDER**
    ESTATE OF NICHOLAS TORRICO,                            **TO RESCHEDULE CASE MANAGEMENT**
14  CARLOS TORRICO, individually and as                    **CONFERENCE PENDING SETTLEMENT**
    successor in interest to the ESTATE OF
15  NICHOLAS TORRICO,

16                              Plaintiffs,

17              vs.

18  CITY AND COUNTY OF SAN FRANCISCO,
    VICTOR WYRSCH, JOANNE HAYES-
19  WHITE, in her official capacity as Chief of the
    San Francisco Fire Department, and DOES 1
20  through 20,
                                Defendants.
21

22          The parties to this action hereby stipulate to reschedule the Case Management

23  Conference currently scheduled for November 21, 2008 to December 19, 2008 at 1:30 pm.

24

25  Dated: November 19, 2008              _____*/s/* - "Michael D. Meadows"_____
                                          Michael D. Meadows
26                                        **CASPER, MEADOWS, SCHWARTZ & COOK**
                                          Attorneys for Plaintiffs
27

28

**CASPER, MEADOWS,
SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                    Page 1

1    Dated: November 19, 2008                    /s/ - "Blake Loebs"
                                                 Blake Loebs
2                                                Kimberly bliss
                                                 **OFFICE OF THE CITY ATTORNEY**
3                                                Attorneys for Defendants

4

5         IT IS SO ORDERED that a case management conference has been scheduled for

6    December 19, 2008.

7

8    DATED:_____November 19, 2008_____

9    HONOR                                       PERO
     UNITED                                      TE JUDGE

10                                               Judge Joseph C. Spero

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASPER, MEADOWS,
SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Stipulation and Proposed Order re Case Management Conference*
*Torrico v. City and County of San Francisco*, et al.                    Page 2