| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | BLAKE LOEBS, State Bar # 145790<br>Chief of Civil Rights Litigation |
| 4 | KIMBERLY A. BLISS, State Bar #207857<br>Deputy City Attorney |
| 5 | Fox Plaza<br>1390 Market Street, Sixth Floor |
| 6 | San Francisco, California 94102-5408<br>Telephone:     (415) 554-3868 |
| 7 | Facsimile:     (415) 554-3837 |
| 8 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, |
| 9 | VICTOR WYRSCH and JOANNE HAYES-WHITE |
| 10 | |
| 11 | MICHAEL DENNIS MEADOWS, ESQ.<br>ANDREW CHARLES SCHWARTZ, ESQ. |
| 12 | Casper Meadows Schwartz & Cook<br>California Plaza |
| 13 | 2121 North California Boulevard<br>Suite 1020 |
| 14 | Walnut Creek, CA 94596<br>Telephone:     (925) 947-1147 |
| 15 | Facsimile:     (925) 947-1131 |
| 16 | Attorneys for Plaintiffs<br>ESTATE OF NICHOLAS TORRICO, |
| 17 | BONNIE JEAN TORRICO and CARLOS TORRICO |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ESTATE OF NICHOLAS TORRICO *deceased*, BONNIE JEAN TORRICO *individually and as successor in interest to the Estate Of Nicholas Torrico* and CARLOS TORRICO, *individually and as successor in interest to the* ESTATE OF NICHOLAS TORRICO, | Case No. 07-CV-03624-JCS |
| 20 | | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 21 | | |
| 22 | | Hearing Date:     December 19, 2008<br>Time:                  1:30 p.m. |
| 23 | Plaintiffs, | Before:                Judge Spero |
| 24 | vs. | Trial Date:           None set |
| 25 | CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH and JOANNE HAYES-WHITE i*n her official capacity as Chief of the San Francisco Fire Department*, and DOES 1 through 20, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

Stipulation and Proposed Order re CMC
Case No. 07-CV-03624-JCS

1

n:\lit\li2008\070567\00527524.doc

1    The Case Management Conference is currently scheduled for Friday, December 19, 2008 at
2    1:30 p.m.  The parties request a continuance of the Case Management Conference to Friday, March 6,
3    2009 at 1:30 p.m., subject to the Court's availability.  There is good cause for such a continuance
4    because the parties have reached a tentative agreement and need a few more months to finalize the
5    process.
6    Accordingly, the parties request that this Court continue the case management conference to
7    Friday, March 6, 2009 at 1:30 p.m., subject to the Court's availability.

Dated:  December 16, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
BLAKE P. LOEBS
Chief of Civil Rights Litigation
KIMBERLY A. BLISS
Deputy City Attorney

By: s/Blake P. Loebs
BLAKE P. LOEBS
Attorneys for Defendants

Dated:  December 16, 2008

CASPER, MEADOWS, SCHWARTZ & COOK

By:  s/Michael D. Meadows
MICHAEL D. MEADOWS

Attorneys for Plaintiffs

**ORDER**

The Case Management Conference currently set for December 19, 2008 at 1:30 p.m. is continued to March 6, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated: Dec. 17, 2008

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order re CMC
Case No. 07-CV-03624-JCS

2

n:\lit\li2008\070567\00527524.doc