DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE LOEBS, State Bar # 145790
Chief of Civil Rights Litigation
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
VICTOR WYRSCH and JOANNE HAYES-WHITE


MICHAEL DENNIS MEADOWS, ESQ.
ANDREW CHARLES SCHWARTZ, ESQ.
Casper Meadows Schwartz & Cook
California Plaza
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596
Telephone:     (925) 947-1147
Facsimile:     (925) 947-1131

Attorneys for Plaintiffs
ESTATE OF NICHOLAS TORRICO,
BONNIE JEAN TORRICO and CARLOS TORRICO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS TORRICO *deceased*, BONNIE JEAN TORRICO *individually and as successor in interest to the Estate Of Nicholas Torrico* and CARLOS TORRICO, *individually and as successor in interest to the* ESTATE OF NICHOLAS TORRICO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, VICTOR WYRSCH and JOANNE HAYES-WHITE i*n her official capacity as Chief of the San Francisco Fire Department*, and DOES 1 through 20,<br><br>Defendants. | Case No. 07-CV-03624-JCS<br><br>**REQUEST FOR DISMISSAL;**<br>**~~PROPOSED~~ ORDER OF DISMISSAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: November 19, 2008    DENNIS J. HERRERA
　　　　　　　　　　　　　　City Attorney
　　　　　　　　　　　　　　JOANNE HOEPER
　　　　　　　　　　　　　　Chief Trial Attorney
　　　　　　　　　　　　　　BLAKE P. LOEBS
　　　　　　　　　　　　　　Chief of Civil Rights Litigation
　　　　　　　　　　　　　　KIMBERLY A. BLISS
　　　　　　　　　　　　　　Deputy City Attorney

　　　　　　　　　　　　　　By: s/Blake P. Loebs
　　　　　　　　　　　　　　　　BLAKE P. LOEBS
　　　　　　　　　　　　　　Attorneys for Defendants

Dated: November 21, 2008    CASPER, MEADOWS, SCHWARTZ & COOK

　　　　　　　　　　　　　　By: s/Michael D. Meadows
　　　　　　　　　　　　　　　　MICHAEL D. MEADOWS

　　　　　　　　　　　　　　Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: January 5, 2009

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Case No. 07-CV-03624-JCS